IN THE UNITED STATES DISTRICT COURT
FOR   THE NORTHERN DISTRICT OF ILLINOIS(ROCKFORD)
( Clerk of the Court )

TOMAS AQUINO-PACHECO      ;

Petitioner/Defendant   .

Vs.

UNITED STATES OF AMERICA   ;

Respondent/Plaintiff

WARDEN, FCI THOMSON

)
)
)
)
)
)
/

CASE CIVIL

No 3:25-CV-50109

**FILED**

JUN 01 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MOTION FOR JUDGMENT UNDER RULE 4
AND REQUEST FOR PROMPT DISPOSITION OF PETITION
UNDER 28 U.S.C. & 2241(C)(3)

NOW COMES, Petitioner, TOMAS AQUINO PACHECO , Proceeding in (PRO-SE) Status, respectfully moving this Honorable Court for the Judgment under RULE 4 of the rules Governing Section 2254 Cases, Applicable to & 2241(c)(3) proceeding through Rule 1(b), and requests promp disposition of the pending petition filed pursuant to 28 USC. & 2241(C)(3). In Support thereof, Petitioner states as the follows:

II. BACKGROUND

A. History and factors.

Petitioner Submitted his Petition 28 USC. & 2241(c)(3) Date was ON: 03/12/2025, case designed as Magistrate Judge the Honorable Margaret J. Schneider, Petitioner received a RESPONSE TO HABEAS & 2241(c)(3) PETITION FOR THE GOVERMENT On: 07/14/2025. ("Attachment Doc. 13."). petitioner respond the Goverment("Petiti oner OPPOSITION THE GOVERMENT RESPONSE") Was on:08/21/2025. later Petitioner submitted a MOTION TEMPORARY RESTRAINING ORDER(Entered ON: 01/26/2026) . At this day the Court did not respond nothing and Petitioner has a RELEASE DAY on : AUGUST / 2026. For that reasons he Submitt this Motion For Judgment under Rule 4 , the Judgment take Discretion and Respond his Petition GRANTED or DENIED at this time Petitioner Submitted his Petition & 2241(c)(3).

## III. INTRODUCTION

Petitioner filed a petition for writ Habeas Corpus pursuant to 28 USC. 2241(c)(3), challenging the legality of the execution of his sentence and continued custody in violation of the constitution and laws of the United States.

BOP-Denied FSA-Time Credit 365-days toward in his Sentence. BOP-Violated a DUE PROCESS OF LAW Unconstitutional Violation. the petitioner raises substatial constitutional questions concerning unlawful custody, denial of rights FSA under Amendment retroactive 2018. under Federal law , and deprivation of Due process protections.

Despite the filing of the petition, petitioner remains confined under conditions alleged to be unconstitutional and continues to irreparable prejudice from the delay in adjudication.

## IV. RULE 4 STANDARD

RULE 4 the Rule Governing Section 2254 cases provides that the court must promptly examine a Habeas & 2241 Petition and determine whether the petitioner is entitled to RELIEF or whether a response should be ordered with the 22-days of this date Petitioner submitted his & 2241 Petition.

Federal Courts routinely apply Rule 4 procedures in PETITION & 2241(c)(3) proceeding pursuant to RULE 1(b). See, Reffered Cases:

- CASTILLO V. PRATT, 162 F.Supp.2d 575(N.D.Tex.2001)
- BOUTWELL V. KEATING, 399 F.3d 1203(10th Cir. 2005)

Where a petition presents colorable constitutional claims and is not plainly meritless on its face, the court may order respondent to answer or otherwise GRANT appropriate relief.

## V. PROMP JUDICIAL REVIEW IS REQUIRED

2241 Habeas corpus proceeding are intended to provide a Swift and imperative remedy in cases involving unlawful restraint of liberty. See, " FAY V. NOIA, 327 U.S. 391(1963).

Continued DELAY in adjudicating the petition prejudice petitioner by prolonging allegedly unlawful confinement and denying meaningful access to judicial relief here.

Petitioner respectfully submits that the interests of justice favor prompt DISPOSITION OF THE PETITION AND entry RELIEF RULE 4.

- 2 -

## VI. RELIEF REQUESTED

WHEREFORE, Petitioner respectfully request that this Honorable court the follow:

1)- Conduct prompt Rule 4 review of his pending Petitions & 2241(C)(3) ISSUES And MOTION TEMPORARY RESTRAIN ORDER

2)- Enter Judgment in favor of Petitioner, or alternatively Order Respondents to file a response within a fixed period of time. ("NOTE IMPORTANT: Petitioner Release Shrort Time).

3)- GRANT such other relief as justice may require.

Respectfully Submitted

/s/ Tomas Aquino Pacheco
Mr. Tomas Aquino Pacheco
Fed.Reg.No. 85165-079
FCI-Thomson, IL
P.O.Box 1002
Thomson, IL. 61285

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Judgment under RULE 4 was placed in the institutional mailing system and served upon the FOLLOW:

UNITED STATES ATTORNEYS

Lisa R. Much
Address: 327 S. Church Street
Suite #3300, Rockford, IL. 61101.

FCI-WARDEN THOMSON, IL.

Brian Lammer
Address: FCI-Thomson, IL.
P.O.Box 1002. Thomson, IL. 61285.

Respectfully Submitted
/s/ Tomas Aquino Pacheco
Mr. Tomas Aquino Pacheco
Fed.Reg.No 85165-079    FCI-Thomson, IL. 61285. P.O.Box 1002.
This 27 day Off May .2026.